### 54643. SEWELL v. THE STATE.

<span style="font-variant: small-caps;">Smith</span>, Judge.

A comparison of the record in this case with the record in *Sewell v. State,* 238 Ga. 495 (233 SE2d 187) (1977), shows that the material facts in the two cases are virtually identical. All of the issues raised by the appellant are controlled adversely to him by the Supreme

Court's decision in the prior case.
    *Judgment affirmed. Bell, C. J., and McMurray, J.,
concur.*

Submitted October 3, 1977 — Decided November 15, 1977 —
Rehearing denied December 1, 1977 —

    *Michael Clutter, Robert Eugene Smith,* for appellant.
    *Hinson McAuliffe, Solicitor, Leonard Rhodes,
Assistant Solicitor,* for appellee.